IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                  CRIMINAL NO. 1:18CR03-8
                                          (Judge Keeley)

**KAMESHA SHERRAIL CLAYPOOL,**

    **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 172), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On April 11, 2018, the defendant, Kamesha Sherrail Claypool ("Claypool"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Counts Twenty-Four and Twenty-Five of the Indictment. Claypool stated that she understood that the magistrate judge is not a United States district judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Claypool's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Claypool was competent to enter a plea, that the plea was freely

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 172), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

and voluntarily given, that she was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On April 12, 2018, the magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 172) finding a factual basis for the plea and recommended that this Court accept Claypool's plea of guilty to Counts Twenty-Four and Twenty-Five of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. After which, the parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Claypool's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Counts Twenty-Four and Twenty-Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

USA v. CLAYPOOL                                           1:18CR03-08

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 172),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Claypool, and prepare a presentence report for the Court;

2. The Government and Claypool shall provide their versions of the offense to the probation officer by **May 4, 2018**;

3. The presentence report shall be disclosed to Claypool, defense counsel, and the United States on or before **July 5, 2018**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **July 19, 2018;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **August 2, 2018**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **August 2, 2018.**

**USA v. CLAYPOOL** 1:18CR03-08

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 172), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The magistrate judge continued Claypool on bond pursuant to the Order Setting Conditions of Release (dkt. no. 72) entered on January 29, 2018.

The Court will conduct the sentencing hearing for the defendant on **Wednesday, August 15, 2018** at **1:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: April 27, 2018

<pre>                                /s/ Irene M. Keeley
                                IRENE M. KEELEY
                                UNITED STATES DISTRICT JUDGE</pre>